

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00750-CV

In the **INTEREST OF W.M.T.K.**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-0141-CV
The Honorable William Old, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

We ORDER all costs of this appeal taxed against appellant, James Lucas Knight.

SIGNED May 6, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice